UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-247-01 |
| | ) | |
| v. | ) | |
| | ) | (Judge Kosik) |
| ROBERT MERICLE, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

# SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

Satisfaction is hereby acknowledged of that certain judgment entered on April 25, 2014, in favor of the United States of America, against the above named defendant. The Clerk is hereby authorized and directed to enter satisfaction of record in this action with regard to the payment of the special assessment, fine, and restitution portions of the judgment.

Respectfully submitted,
PETER J. SMITH
UNITED STATES ATTORNEY

By: */s/James T. Clancy*
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY
235 North Washington Avenue
Scranton, PA 18503